# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOD CHAMPAGNE LLC,<br><br>              Plaintiff,<br><br>v.<br><br>RETAIL SERVICES SYSTEMS, INC., et al.,<br><br>              Defendants. | No. 2:21-cv-00985-JAK (AJRx)<br><br>**JUDGMENT**<br><br>**[JS6: CASE TERMINATED]** |

1

Pursuant to the May 19, 2026 Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date:  May 19, 2026

_____

John A. Kronstadt
United States District Judge

2